No. 78–1038. KUBERT *v.* SUPREME COURT OF PENNSYLVANIA;

No. 78–5858. SHAW *v.* FISHER, U. S. DISTRICT JUDGE, ET AL.; and

No. 78–5938. KIBERT *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.

No. 78–5886. ABU-BAKR *v.* SPRECHER, U. S. CIRCUIT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 78–5864. MORROW *v.* KESSLER, JUDGE. Motion for leave to file petition for writ of prohibition denied.

No. 78–740. ANDRUS, SECRETARY OF THE INTERIOR, ET AL. *v.* ALLARD ET AL. Appeal from D. C. Colo. Probable jurisdiction noted.

No. 78–630. WASHINGTON ET AL. *v.* CONFEDERATED TRIBES OF THE COLVILLE INDIAN RESERVATION ET AL.; and WASHINGTON *v.* UNITED STATES ET AL. Appeals from D. C. E. D. Wash. Further consideration of question of jurisdiction postponed to hearing of case on the merits. Reported below: 446 F. Supp. 1339.

No. 78–952. RUSH ET AL. *v.* SAVCHUK. Appeal from Sup. Ct. Minn. Probable jurisdiction noted and case set for oral argument with No. 78–1078, *World-Wide Volkswagen Corp.* v. *Woodson* [certiorari granted, *infra*, p. 907].

No. 78–873. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK ET AL. *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 2d Cir. Certiorari granted.